RECEIVED
_____ ENTERED          _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

SEP - 1 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

1   Milton O. Crawford

2   P.O. Box 9263

3   Pahrump, NV  89060

4   (775) 537-3949

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

9   MILTON O. CRAWFORD,                    )

10                                         )          **2:20-cv-01622-JAD-BNW**

11                  Plaintiff,             )

12   Vs.                                   )

13                                         )          Claim For Relief

14   The Kroger Company et al              )     **WITH DEMAND FOR TRIAL BY JURY**

15                                         )

16                  Defendants             )

17

18        I, Milton O. Crawford (the Plaintiff) a 58 year old male, a resident of Pahrump, Nevada;

19   Nye County, filed its Amended Complaint; 2:12-CV-00122 against the Kroger Company the

20   proper defendant, Parent Company and  required joinder party having an interest  on Monday

21   April 09, 2012,

22

23   Sufficient Service of Process of the Summons and Amended Complaint was had by the Kroger

24   Company through the United States Marshals; Server: Kimberly James on Monday August 6,

25   2012, Exhibit [A] U.S. Marshals; fax Cover Sheet with comment from the Server; Kimberly

26   James acknowledging service of process executed to the Kroger Company on 8/6/12, Exhibit

27   [B] a faxed copy of the USM-285  validating service of process executed on 8/6/12, both,

28   exhibits [A] and [B] was submitted to the Court on Wednesday September 19, 2012at 1:16pm

1  Exhibits are validated by the docket and the Court's filing stamp

2  The Kroger Company's deadline date to serve a Responsive Plea or its Motion Rule 12 was due

3  no later than Monday August 27, 2012,

4  The Kroger Company failed to serve its Responsive Plea and or its Motion Rule 12 on the

5  Plaintiff and the Court within the time required by said summons and provided by the Fed. R.

6  Cv. P., [Rule 12(a) (1) (A) (i) within 21 days after being served with the Summons and Amend

7  Complaint]

8  No waiver of service was filed by the Kroger Company, No extension of time granted by the

9  Court, The Kroger Company is neither incompetent, nor minors, or of the Military Services,

10  Twenty-five days after deadline date of August 27, 2012, the Deputy Clerk of the Court (Erin

11  Smith) entered its default against The Kroger Company  on Friday September 21, 2012, due to

12  the Kroger Company failure to plead or otherwise defend in said action as required by said

13  Summons and provided by the Federal Rules of Civil Procedures; Exhibit [C] Deputy Clerk:

14  Erin Smith; Entry of default document

15  Upon the entry of default, the Kroger Company has no further standing to defend on the merits

16  or to contest the Plaintiff's right to recover, no Affirmative Defenses May Be Asserted

17

18  I, Milton O. Crawford demand relief in the sum of $10,300,000.00 a sum certain or can be made

19  certain by computation  it is the law,  and for such other and further relief as the court deems

20  just

21

22  Dated the _____ day of August 2020,

23

24

25                                                    MILTON O. CRAWFORD

26                                          P.O. Box 9263, Pahrump, Nevada 89060

27                                                    (775) 537-3949

28

Exhibit (A)

Fax Cover Sheet with a Fax heading of;

"09/18/2012, 15:24, 51368463970, USMS, CIN, PAGE 01/02"

Pages <u>1</u>



# UNITED STATES MARSHALS SERVICE
## Southern District of Ohio
### Cincinnati, Ohio
### 100 East 5th Street, Room 130
### Cincinnati, OH 45202

OFFICE TELEPHONE: (513) 684-3594
FAX (ADMINISTRATIVE): (    )
FAX (OPERATIONS): (513) 684-6397
FAX (WARRANTS): (    )

TO: _Milton Crawford_

FROM: _Kim / United States Marshals_

DATE: _9/18/12_

PAGES: _1_ (EXCLUDING COVER PAGE)

COMMENTS: _Attached is a copy of the 285 showing_
_Service executed to The Kroger Company on_
_8/6/12_

_Thankyou_
_Kim_

EXHIBIT B

Exhibit [B]

Faxed USM-285with Fax heading of;

"09/18/2012, 15:24, 51368463970, USMS, CIN, PAGE 02/02"

Number of Pages <u>1</u>

USMS CIN

PAGE 02/02

out the form and print 5 copies.  Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

PLAINTIFF
**MILTON O. CRAWFORD**

DEFENDANT
**THE KROGER COMPANY ET AL**

COURT CASE NUMBER
2:12-CV-0122 GMN-GWF

TYPE OF PROCESS
Summons And Complaint

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>THE KROGER CO. ET AL |
|---|---|

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1014 VINE STREET, CINCINNATI, OHIO 45202-1100

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MILTON CRAWFORD
1780 N. JILL AVE.
PAHRUMP, NV 89040

| Number of process to be<br>served with this Form 285 | |
| Number of parties to be<br>served in this case | |
| Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                                    Fold

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT

TELEPHONE NUMBER
(775) 751-5350

DATE
5/21/12

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total<br>number of process indicated.<br>(Sign only for USM 285 if more<br>than one USM 285 is submitted) | Total Process<br>1 | District of<br>Origin<br>No. 048 | District to<br>Serve<br>No. 0101 | Signature of Authorized USMS Deputy or Clerk<br>BANanna | Date<br>5-22-12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion
then residing in defendant's usual place
of abode

Address (complete only different than shown above)

| Date<br>8/6/12 | Time | ☐ am<br>☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy
_Kimberly Harris_

| Service Fee | Total Mileage Charges<br>including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:    1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

EXHIBIT A

Exhibit [C]

Entry of Default Document

By: The Court Deputy Clerk Erin Smith

Number of Pages <u>1</u>

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Milton O Crawford,                    )
                                      )
         **Plaintiff(s),**            )
    vs.                               )          Case # _2:12-cv-00122-GMN-GWF_
                                      )
                                      )
                                      )          **DEFAULT**
Smith's Food and Drug Store, Inc., et al.,  )
                                      )
         **Defendant(s).**            )
                                      )

It appearing from the records in the above-entitled action that Summons issued on

the ___Amended___ Complaint ___May 10, 2012___
    (Original, Amended, etc)              (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it

appearing from the affidavit of counsel or Plaintiff and the records herein that each of

said Defendants has failed to plead or otherwise defend in said action as required by said

Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of

each of the following Defendants ___Kroger Company___

_____

_____

in the above-entitled action is hereby entered.

DATED: ___September 21, 2012___          LANCE S. WILSON, CLERK

                                          By: /s/ Erin Smith _____

                                               **Deputy Clerk**